IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARLON WRIGHT,

    Plaintiff,

vs.

TODD THOMAS, Warden; DONALD
BARNES, Assistant Warden; DWIGHT
BRAMLITT, Facilities Investigator, and
Lt. TIM SWEAT,

    Defendants.

CIVIL ACTION NO.: CV504-088

## ORDER

After an independent review of the record, the Court concurs with the Report and Recommendation of the Magistrate Judge, to which Plaintiff filed Objections. In his Objections, Plaintiff reasserts his allegations of due process violations by the Defendants. Plaintiff recounts the disciplinary actions taken by prison officials during his incarceration. Plaintiff avers that the Magistrate Judge incorrectly relied on the Supreme Court's statement of the law in Sandin v. Conner, 515 U.S. 472, 115 S. Ct. 2293, 132 L. Ed.2d 148 (1995). Plaintiff alleges that Defendant Sweat's affidavit demonstrates that there is not a proper appeals procedure because he stated that Plaintiff did not appeal his disciplinary report. Plaintiff contends that the disciplinary reports relied upon by the Defendants contained a printed signature which could have been forged by anyone.

Plaintiff's Objections are without merit. Plaintiff has not presented any new evidence which would create a genuine issue of material fact. The Magistrate Judge's Report and

AO 72A
(Rev. 8/82)

Recommendation dated February 17, 2006, is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment is **GRANTED**. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED** this 20th day of MARCH, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)